United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G3 INVESTMENTS, LLC,

          Plaintiff,

    v.

KOMODO FIRE SYSTEMS, INC., et al.,

          Defendants.

Case No.  25-cv-03990-SVK

**ORDER ON MOTION TO ENFORCE SETTLEMENT**

**ORDER ON ADMINISTRATIVE MOTIONS FOR LEAVE TO FILE UNDER SEAL**

**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. Nos. 45, 46, 49, 52

On April 14, 2026, the Court held an in-person hearing on the motion of Plaintiff G3 Investments LLC to enforce the Parties' settlement agreement by entering a stipulated judgment. Dkt. 45, 46.  The Court recessed the hearing to allow the Parties to meet and confer with each other and to allow counsel to confer with their clients, and the Parties were able to negotiate in part an amendment to the settlement agreement to allow completion of performance by both sides. Where the Parties were unable to agree, the Court set deadlines.  The Court's **ORDERS** are as stated on the record and are summarized as follows:

1. Within 14 days of the date of this order (*i.e.*, by **April 28, 2026**), Defendant will pay Plaintiff one of the $25,000.00 payments due under the settlement agreement. Payment will be by wire transfer.

2. Within 4 days of the date of Defendant's payment under section 1 of this Order, the electrical work to which the Parties agreed after the previous inspection must be completed by an electrician hired by Defendant.  The electrician will be paid by Plaintiff out of the $10,000.00 in work to be provided by Plaintiff under the

settlement agreement.  Defendant will schedule the electrician **promptly**, before making payment, to enable coordination between the electrician and Plaintiff for purposes of Plaintiff sharing instructions with the electrician and to ensure completion of the electrician's work within the ordered time frame.

3. Within 7 days of the date of Defendant's payment under section 1 of this Order, Plaintiff must complete the additional maintenance work (not involving the electrician) to which the Parties agreed after the previous inspection.

4. Defendant must make the remaining four payments due under the settlement agreement by **July 15, 2026**.  The Parties must meet and confer regarding a payment schedule that concludes on this date.  They may seek the assistance of the settlement referral judge, Judge DeMarchi, as needed.

5. All other relief sought in Plaintiff's motion to enforce the settlement agreement is **DENIED WITHOUT PREJUDICE**.  Plaintiff may renew the motion if Defendant fails to perform as set forth above.

6. The May 12, 2026 hearing on the Order to Show Cause re Settlement is **CONTINUED** to **August 11, 2026 at 9:30 a.m.**  By **August 4, 2026**, the Parties must file either a dismissal or a joint status report as to why a dismissal has not been filed.

7. The Administrative Motions for Leave to File Under Seal at Dkt. 49 and 52 have been **WITHDRAWN**.  The Court inquired, and both sides agreed on the record that the settlement agreement can be referred to and attached to public filings.

**SO ORDERED.**

Dated: April 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

2