Alexander H. Ramon (SBN 282867)
alex.ramon@hogefenton.com
Rob C. Keitamo (SBN 303309)
rob.keitamo@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
6801 Koll Center Parkway, Suite 210
Pleasanton, California 94566
Phone: 925.224.7780
Fax: 925.224.7782

Thomas R. Bray (pro hac vice admission)
LAW OFFICE OF THOMAS R. BRAY
1318 Glourie Drive
Houston, Texas 77055
Telephone: 832.978.5493
Email: braylawoffice@aol.com

Attorneys for Plaintiff
G3 INVESTMENTS, LLC

Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Suite 201
Palo Alto, CA 94303
Telephone: (650) 248-5817
Email: perry@perryclarklaw.com

Attorney for Defendant
KOMODO FIRE SYSTEMS, INC. and SHAWN SAHBARI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

G3 INVESTMENTS, LLC, a Texas Limited Liability Company,

Plaintiff,

vs.

KOMODO FIRE SYSTEMS, INC. and SHAWN SAHBARI,

Defendants.

Case No.: 5:25-cv-03990-SVK

**STIPULATED JUDGMENT**

Plaintiff G3 Investments LLC ("Plaintiff") and Defendants Komodo Fire Systems, Inc. and Shawn Sahbari ("Defendants") (collectively, the "Parties") hereby stipulate to entry of judgment against Defendants and in favor of Plaintiff ("Stipulated Judgment"), as follows:

1. Plaintiff is the owner and entitled to immediate removal and repossession of the equipment at issue in this Action, that was delivered by Plaintiff to Defendants, namely, the slightly used 100-barrel high shear mix tank, Model VMT100-4200-75, Serial #6720717, together with pump skid, small and large hoppers, and breaker boxes; a 100 HP ACS550 Variable Frequency Drive (refurbished) (VFD); and a dust collector (collectively and hereinafter, the "Tank").
2. Promptly, but no later than the tenth (10th) day after this Stipulated Judgment is signed and entered by the Court, Defendants will (i) empty and clean the Tank; and (ii) disconnect all electrical supply to the Tank, at Defendants' sole expense.
3. During the 30-day period beginning on the eleventh (11th) day after this Stipulated Judgment is signed and entered by the Court (the "Removal Period"), Defendants will grant Plaintiff access to the above-referenced Tank and cooperate in disconnecting power and in allowing Plaintiff to remove the Tank from Defendants' premises at 700 Jarvis Drive, Morgan Hill, CA 95037 (the "Premises"), between the hours 8:00 AM and 5:00 PM on a mutually agreeable date or dates. Defendants will not use the Tank during the Removal Period. Plaintiff will provide the forklift personnel and any other personnel needed for the disassembly and removal of the Tank and its components from the Premises, and Plaintiff will provide the transportation from the Premises. Defendant will provide two forklifts that are the same or substantially the same as the two forklifts used to move the Tank into the Premises, at Defendants' sole expense. Except as described above in paragraphs 2 and 3, all costs for the disassembly, removal, and transportation of the Tank will be at Plaintiff's sole expense.

///

///

4. The Court retains continuing exclusive jurisdiction over the settlement agreement and this judgment, including, but not limited to, all matters arising from or related to the implementation, interpretation, and enforcement of the settlement agreement and this judgment. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).
5. Plaintiff may seek appropriate writs and processes necessary to enforce this judgment.
6. Each side to bear their own costs.

///

///

Respectfully submitted,

Dated: Sept. 4, 2025.

By: [signature]
Alexander H. Ramon (SBN 282867)
alex.ramon@hogefenton.com
Rob C. Keitamo (SBN 303309)
rob.keitamo@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
6801 Koll Center Parkway, Suite 210
Pleasanton, California 94566
Phone: 925.224.7780
Fax: 925.224.7782

Thomas R. Bray (pro hac vice admission)
LAW OFFICE OF THOMAS R. BRAY
1318 Glourie Drive
Houston, Texas 77055
Telephone: 832.978.5493
Email: braylawoffice@aol.com

*Attorneys for Plaintiff,*
*G3 Investments, LLC*

Dated: ______________

By: ______________________
Perry R. Clark (*pro hac vice*)
Law Offices of Perry R. Clark
825 San Antonio Road, Suite 201
Palo Alto, CA 94303

4. The Court retains continuing exclusive jurisdiction over the settlement agreement and this judgment, including, but not limited to, all matters arising from or related to the implementation, interpretation, and enforcement of the settlement agreement and this judgment. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).
5. Plaintiff may seek appropriate writs and processes necessary to enforce this judgment.
6. Each side to bear their own costs.

///

///

Respectfully submitted,

Dated: ________________

By:______________________________

Alexander H. Ramon (SBN 282867)
alex.ramon@hogefenton.com
Rob C. Keitamo (SBN 303309)
rob.keitamo@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
6801 Koll Center Parkway, Suite 210
Pleasanton, California 94566
Phone: 925.224.7780
Fax: 925.224.7782

Thomas R. Bray (pro hac vice admission)
LAW OFFICE OF THOMAS R. BRAY
1318 Glourie Drive
Houston, Texas 77055
Telephone: 832.978.5493
Email: braylawoffice@aol.com

*Attorneys for Plaintiff,*
*G3 Investments, LLC*

Dated: 09/04/2025

By:______________________________

Perry R. Clark (*pro hac vice*)
Law Offices of Perry R. Clark
825 San Antonio Road, Suite 201
Palo Alto, CA 94303

Telephone: (650) 248-5817
Facsimile: (650) 618-8533
perry@perryclarklaw.com

*Attorneys for Defendants,*
*Komodo Fire Systems, Inc. and Shawn Sahbari*

PURSUANT TO STIPULATION, SO ORDERED:

DATED: August 25, 2026

Susan van Keulen

Hon. Susan van Keulen
United States Magistrate Judge